**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-2429

_____

PARIVASH ZOLFAGHARI ANARAKI,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals. (A78-617-256)

_____

Submitted:  July 30, 2004          Decided:  August 18, 2004

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Andres Cayetano Benach, MAGGIO KATTAR, Washington, D.C., for Petitioner.  Peter D. Keisler, Assistant Attorney General, Norah Ascoli Schwarz, Senior Litigation Counsel, Cindy S. Ferrier, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Parivash Zolfaghari Anaraki petitions for review of the Board of Immigration Appeals' ("Board") order affirming the immigration judge's order denying her applications for asylum, withholding of removal, and withholding under the Convention Against Torture.

We have reviewed the administrative record, the Board's order, and the immigration judge's decision and find substantial evidence supports the conclusion that Anaraki failed to establish the past persecution or well-founded fear of future persecution necessary to establish eligibility for asylum. See 8 C.F.R. § 1208.13(a) (2003) (stating that the burden of proof is on the alien to establish eligibility for asylum); INS v. Elias-Zacarias, 502 U.S. 478, 483 (1992) (same). We will reverse the Board only if the evidence "'was so compelling that no reasonable fact finder could fail to find the requisite fear of persecution.'" Rusu v. INS, 296 F.3d 316, 325 n.14 (4th Cir. 2002) (quoting Elias-Zacarias, 502 U.S. at 483-84).

We do not find the record so compelling as to reverse the Board. Accordingly, we deny Anaraki's petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED